**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00811-CV

**PATRICIA SWITZER, INDIVIDUALLY AND AS THE INDEPENDENT EXECUTRIX OF THE ESTATE OF DAVID ERIC SWITZER, Appellant**

**V.**

**KAY VAUGHAN, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02656-2014**

## ORDER

We **GRANT** appellee's September 30, 2015 motion to withdraw her September 28, 2015 motion to strike appellant's untimely filed brief and **ORDER** the motion to strike **WITHDRAWN**. We **DENY** appellant's attorney's fee request asserted in her September 29, 2015 response to appellee's motion to strike.

/s/ CRAIG STODDART
JUSTICE